## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Brian Easter,                                    :
                                                 :     Case No. 2:17-cv-00197-ALM-KAJ
        Plaintiff,                               :
                                                 :     JUDGE MARBLEY
        v.                                       :
                                                 :     MAGISTRATE JUDGE JOLSON
Beacon Tri-State Staffing, Inc., et al.,         :
                                                 :
        Defendants.                              :

## STIPULATED PROTECTIVE ORDER

Plaintiff, Brian Easter, issued a subpoena to the Ohio Department of Job & Family Services (ODJFS) for the production of documents concerning the unemployment file of Plaintiff relating to his employment with Defendant. ODJFS agrees to produce the requested information as Confidential per the terms of this Order, only to the extent it exists, and only to the extent Plaintiff personally provided the information to the ODJFS Office of Unemployment Insurance Operations as part of his unemployment claim, at the time of his separation from Defendant. Pursuant to *Freed v. Grand Court Lifestyles, Inc*., 100 F.Supp.2d 610 (S.D. Ohio 1998), the parties agree that ODJFS can produce the documents as Confidential.

Accordingly, it is so ORDERED.

That the produced documents be marked "CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER."

That such information and documents be considered confidential, and shall be disclosed under seal, subject to inspection only by:

1.   The parties to this litigation and their agents;
2.   Counsel for the parties to this litigation, including their support staffs;
3.   The Court and its support staff;
4.   Court reporters and recorders engaged in this action;

5.  Consultants, investigators, or experts employed by the parties or counsel for the parties to assist in the preparation and trial of this action; and

6.  Other persons only by written consent of the producing party or upon order of the Court and on such conditions as may be agreed or ordered.

Counsel for the parties shall take reasonable and appropriate measures to prevent unauthorized disclosure of documents pursuant to the terms of this Order.

If a party wishes to file any of the documents pursuant to the terms of this with the Court, the party must first seek leave from the Court to file the documents under seal and must file such documents in accordance with S.D. Ohio Civ. R. 5.2.1.  If the Court grants the motion for leave to file under seal, the documents shall be filed with the Clerk of Court under seal.  If the Court denies the motion for leave to file under seal, the Court may order that the documents be filed on the public record (i.e., the Court finds the document, testimony, or information at issue is not Confidential) or that the Confidential Information be returned to the moving party and not be made publicly available (i.e., the Court finds the document, testimony, or information at issue is Confidential but that the motion for leave was improper or deficient).

If a party intends to present at trial any of the documents pursuant to the terms of this Order, then such party shall provide advance notice to the other party at least five (5) days before commencement of trial by identifying the documents or information at issue as specifically as possible (i.e., by Bates number, page range, deposition transcript lines, etc.) without divulging the actual documents or information.  The Court may, thereafter, make such orders as necessary to govern the use of such documents or information at trial.

This Order shall be subject to modification by the Court on its own motion or on motion of a party or any other person with standing concerning the subject matter.  Motions to modify this Order shall be served and filed under S. D. Ohio Civ. Rule 7.2.

This Order is entered based on the representations and agreements between ODJFS and the Plaintiff for the purpose of facilitating discovery.

IT IS SO ORDERED.

Date:  September 6, 2017                           /s/ Kimberly A. Jolson
                                                  KIMBERLY A. JOLSON
                                                  UNITED STATES MAGISTRATE JUDGE


AGREED AND SUBMITTED BY:

/s/ Jerry S. Sallee                               /s/ Jason E. Starling
Jerry S. Sallee                                   Jason E. Starling
Dinsmore & Shohl                                  Willis+Willis Attorneys Co., LPA
255 East Fifth Street, Suite 1900                 4635 Trueman Blvd., Suite 200
Cincinnati, Ohio 45202                            Hilliard, Ohio 43026
513.977.8378 Phone                                614.586.7900 Phone
513.977.8141 Fax                                  614.586.7901 Fax
jerry.sallee@dinsmore.com                         jstarling@willisattorneys.com

*Attorneys for Defendant Beacon*                  *Attorneys for Plaintiff Brian Easter*
*Tri-State Staffing, Inc.*

/s/ Kevin J. Plagens                              /s/ Patria V. Hoskins
Kevin J. Plagens                                  Patria V. Hoskins
Kopka, Pinkus, Dolin P.C.                         Assistant Attorney General
32605 W. Twelve Mile Road, Suite 300              Health and Human Services Section
Farmington Hills, Michigan 48334                  Office of the Attorney General of Ohio
248.324.2620 Phone                                30 E. Broad Street, 26th Floor
248.324.2610 Fax                                  Columbus, Ohio 43215-3400
KJPlagens@kopkalaw.com                            614.752.5585 Phone
                                                  866.490.2751 Fax
*Attorneys for Defendant C*MAC*                   patria.hoskins@ohioattorneygeneral.gov
*Transportation, LLC*
                                                  *Attorney for ODJFS*